**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE LUIS BERNABE REYES, | ) | |
| | ) | |
| Petitioner, | ) | 3:26-cv-00822-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| KURT WOLFORD, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>MEMORANDUM ORDER</u>**

Before the Court is Jose Luis Bernabe Reyes's Petition for Writ of Habeas Corpus.

Doc. 1.  Petitioner currently is an immigration detainee at the Cambria County Prison.

He allegedly entered the United States in approximately 2007, and has continuously resided here

since.  Petitioner was arrested by ICE officials on approximately December 9, 2025, and has

remained in custody.  There is no indication that Petitioner has any criminal convictions.

Petitioner is subject to discretionary detention pursuant to 8 U.S.C. § 1226(a).

Respondents rely on decisions by the Courts of Appeals for the Fifth and Eighth Circuits to argue

that detention is mandatory under § 1225(b)(2)(A).  The Court rejects Respondents'

interpretation of § 1225(b)(2)(A), and joins the Courts of Appeals for the Second, Sixth and

Eleventh Circuits in holding that the mandatory detention provision only applies to noncitizens

apprehended upon entry or shortly thereafter.  Tejeda Perez v. Oddo, 3:26-cv-00745-CB,

Doc. 8 at 5 (May 28, 2026); *see* Cunha v. Freden, 175 F. 4th 61, 69, 74-75 (2d Cir. 2026); Lopez-

Campos v. Raycraft, 2026 WL 1283891, *2, *4 (6th Cir. May 11, 2026); Hernandez Alvarez v.

Warden, Fed. Det. Ctr. Miami, 2026 WL 1243395, *13 (11th Cir. May 6, 2026).

Consistent with the above, **IT IS HEREBY ORDERED** that the Petition (Doc. 1)

is **GRANTED**, to the extent that it requests a bond hearing in accordance with 8 U.S.C.

§ 1226(a) and related provisions.  Respondents are **ORDERED** to provide Petitioner with such a hearing, or release him, on or before **June 22, 2026**.  On or before **June 29, 2026**, Respondents shall file a notice with the Court confirming that Petitioner received a compliant hearing and apprising it of the outcome.  The petition is **DENIED** to the extent it requests any additional relief, although the denial is without prejudice to renewal, as appropriate and necessary.

Given that no further action is required by the Court, a Rule 58 judgment will issue and the case will be marked closed.

June 15, 2026                                   s/Cathy Bissoon
                                                Cathy Bissoon
                                                Chief United States District Judge

cc (via ECF email notification):
All Counsel of Record

2